ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC #475353)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone: (801)524-5682
Email:  Jennifer.Muyskens@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN RICHARD WEST, and <br><br> GARY ALAN GYGI, <br><br> Defendants. | Case No. 1:18 CR 00076 JNP <br><br> NOTICE OF ENTRY OF APPEARANCE <br><br><br> Judge Jill N. Parrish |

Comes now, the United States by and through the undersigned Assistant United States Attorney, hereby submits this Notice of entry of appearance of Jennifer K. Muyskens, Assistant United States Attorney, as co-counsel for the United States of America.

DATED this 10th day of May, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

/s/ *Jennifer K. Muyskens*
Jennifer K. Muyskens
Assistant United States Attorney